# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**Amanda Jones**                                                                                         **Plaintiff**

**v.**                          **CASE NO. 3:13CV00155 JTR**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                **Defendant**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 20th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE